UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DELORES CLIPPER, | ) |
|       Plaintiff, | ) |
| v. | ) Civil Action No. 03-2642 (RCL) |
| JAMES H. BILLINGTON,<br>Librarian of Congress, | ) |
|       Defendant. | ) |

## ORDER

UPON CONSIDERATION of Defendant's Motion [42] for Summary Judgment, the memorandum of points and authorities in support thereof, the opposition thereto, the reply, and the record herein, it is hereby

ORDERED that Defendant's motion [42] is hereby GRANTED, and it is further

ORDERED, that Plaintiff's complaint be, and hereby is, DISMISSED WITH PREJUDICE.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, January 31, 2006.